**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
MINNEAPOLIS DIVISION**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Case No. _____ |
| | ) |
| TRUMAN 2016 SC6, LLC | ) |
| | ) |
| Defendant. | ) |

**COMPLAINT FOR DECLARATORY JUDGMENT**

Plaintiff U.S. Bank National Association ("Plaintiff" or "U.S. Bank") files this Complaint for Declaratory Judgment against Defendant Truman 2016 SC6, LLC ("Truman" or "Defendant") and states the following based on knowledge as to itself and upon information and belief as to all other matters in support thereof:

**NATURE OF ACTION**

1.      This is an action seeking a declaration regarding the parties' rights and obligations

██████████████████████████████████████████████████████████████████

██████████████████████[1]  A true and correct copy ████████ is attached hereto as Exhibit A.  Specifically, U.S. Bank seeks a declaration that it ████████████████████████████

████████████████████████████████████████████████████████████

---

[1] This Complaint expressly incorporates ████████ by reference.  Due to a confidentiality provision ███████████████████████████████████████████████████ U.S. Bank has redacted certain portions of this Complaint and redacted Exhibit A in its entirety.  U.S. Bank will move to file an unredacted version of the Complaint under seal.

2 ████████████████████████████████████████████████
████████████  ████████████  ████████████  ████████████  ████████████

████████████████████████████████████████████████████████

████

2.    In November 2018, Truman ████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████

3.    ████████████████████████████████████████████

████████████████████████████████████████████'  ████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████

4.    ████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████

5.    ████████████████████████████████

████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████

---

████████████████████████████████████████████████████████
████████████████████████████████

[3] ████████████████████████████████████████████████████

6.      Beginning in May 2019, Truman began to demand that U.S. Bank ████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

███████████████████████████████████████████████

7.      U.S. Bank declined ████████████████████████████ U.S. Bank explained to Truman that ████████████████████████████████████████████████

████████████████████████████ More specifically, U.S. Bank explained that Truman ████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

██████████████████████████

8.      Furthermore, ████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

██████████████████████████████████

3

9.  ████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

██████████████

10.  Further, pursuant to the ████████████████████████████

Truman was required to ████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████

11.  Nevertheless, Truman has continued to demand that U.S. Bank ████████████

████████████ has hired outside litigation counsel and has threatened to bring legal action on

multiple occasions.

12.  In April 2020, outside litigation counsel for Truman sent U.S. Bank a letter "as a

last resort ████████████████████████████████████████

████████████████ Truman reiterated that threat as recently as mid-May 2020.

13.  To finally resolve this live and immediate dispute ████████████ U.S. Bank now

brings this declaratory judgment action.

---

[4] ████████████████████████████████████████████
████████████████████████████████████

[5] ████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████

**JURISDICTION AND VENUE**

14.     This Court has jurisdiction over the subject matter of this action pursuant to diversity jurisdiction, 28 U.S.C. § 1332, and the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202.  This action is between citizens of different States, the amount in controversy exceeds $75,000 as Truman has ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮ and the action involves a case of actual, immediate, and justiciable controversy between U.S. Bank and Truman.

15.     The Court has specific personal jurisdiction over Truman because, ▮▮▮▮▮▮ Truman consented to jurisdiction in the federal or state courts situated in the city or county of U.S. Bank's principal place of business, namely Minneapolis, Minnesota.  ▮▮▮▮▮▮▮▮▮▮.  In addition, Truman has engaged in sufficient minimum contacts in Minnesota and has intentionally availed itself of the benefits of doing business in Minnesota by, among other things, negotiating ▮▮▮▮▮▮▮▮▮ with U.S. Bank.

16.     Venue is proper pursuant to 28 U.S.C. § 1391 because a substantial part of the events giving rise to the claim occurred in this District.  Venue is also proper because Truman has consented to venue in this District.

**PARTIES**

17.     Plaintiff U.S. Bank is a national banking association organized under the National Bank Act, and is deemed to be a citizen of the State designated in its articles of association as its main office, which is Ohio.

18.     Defendant Truman is a limited liability company organized under the laws of the State of Delaware.  On information and belief, none of Truman's members are citizens of the State of Ohio.

5

## FACTUAL BACKGROUND

19.    In or around September 2018, U.S. Bank ███████████████████████

██████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████

███████████████████████████

20.    On or about October 10, 2018, Truman ██████████████████████

████████████████████████████ Thereafter, ███████████████ Truman was provided

███████████████████████████████████████████ Accordingly, Truman

was able to, and did, ██████████████████████████████████████████

██████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████

████████

21.    Throughout  November  2018,  Truman  ████████████████████████

██████████████████████████████████████████████████████████████████

███████████████████████████

22.    In particular, Truman ██████████████████████████████████████

██████████████████████████████████████████████████████████████████

████████████

6



23. Truman's own ██████████████████████████

████████████████████████████████████████████████

████████████████████████████████

24. Furthermore, ████████████████████████████████

███████████████████████████████████

25. U.S. Bank agreed to Truman's demand █████████████████

██████████████████████████████████████████

26. On or about November 19, 2018, U.S. Bank and Truman █████████████

████████████████████████████

████████████████████████

27. ██████████████████████████████████

28. ████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

8

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████

29.    ████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

██████████████████████████████████████

30.    ████████████████████████████████████████

████████████████████████████████████████████████████████

████

31.    ████████████████████████████████████████

████████████████████████████████████████████████████████

███████████████████████████████

32.    ████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

█████████████████████████████

33.    ████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████

███████████████

**The Parties' Dispute** ████████████████████████

34.     In a letter dated May 15, 2019, Truman requested that U.S. Bank ████████████

███████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████

█████████████████████████████████████████ The basis for Truman's ████████████████

███████████████████████████████████████████████████████████████████

███████████████████████████████████████████

35.     Truman's May 15, 2019 letter was ███████████████████████████████████████

███████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████

██████████████

36.     ████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████

37.     Then, on June 2, 2019, U.S. Bank responded to Truman's May 15, 2019 letter,

███████████████████████████████████████████████████████████████████

████████████████████████████████ Accordingly, U.S. Bank informed Truman that ████████████████

9

██████████████████████████████████████ In addition, and in any event, U.S. Bank

reminded Truman that ████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████████████

U.S. Bank explained that ███████████████████████████████████████████████████████

█████████████████████████████████████████ U.S. Bank therefore declined to

████████████████████████████

38.    U.S. Bank sent additional correspondence to Truman on February 19, 2020, again

acknowledging the ██████████████████████████████████████████████████████████████

███████████████████████████████████████

39.    As explained in U.S. Bank's February 19, 2020 letter:

████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████

████████████████████████████████████████████████████████
████████████████████████████████████████

40.    On April 8, 2020, Truman, through its litigation counsel, wrote U.S. Bank to again

demand █████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████████████

---

[6] ████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████

41.     Truman noted that its April 8, 2020 letter "serves to put U.S. Bank on additional

notice ████████████████████ and as a last effort ████████████████ before Truman

takes formal legal action against U.S. Bank ████████████████████"

42.     On April 28, 2020, U.S. Bank's transaction counsel wrote to Truman's counsel by

email and reiterated that ████████████████████████████████████████

█████████████████████████████████████████

43.     As explained in the April 28, 2020 email:

████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████

████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████

44.     Truman continues to reiterate its demand that U.S. Bank ████████████████

███████████████████████████████████████

45.   On May 18, 2020, Truman indicated that it ██████████████████

████████████████████████████████████████████

46.   U.S. Bank now brings the present action to finally resolve the issue of ███████

████████████████████████████████████ and thus whether U.S. Bank

is required to ████████████████████████

## FIRST CAUSE OF ACTION
## (ACTION FOR DECLARATORY RELIEF)

47.   U.S. Bank repeats and realleges the allegations of the previous paragraphs of the

Complaint as if fully restated herein.

48.   There exists a dispute ██████████ as to whether U.S. Bank must ██████████

████████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████

49.   This Court may declare the rights and other legal relations of any interested party

seeking such a declaration in a case of actual controversy.

50.   ████████████████████████████████████████

████████████████████████████████████████████

████████████████

51.   ████████████████████████████████████████

████████████████████████████████

52.   Specifically, ████████████████████████████████

████████████████████████

53. After Truman █████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████

54. ████████████████████████████████████████████████████

██████████████████████████████████████████

55. Furthermore, Truman ████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

█████████████████████████████████████

56. Accordingly, U.S. Bank requests that this Court declare that ████████████

████████████████████████████████████████████████████████████████

████ and U.S. Bank is not required ███████████████████████████████

████████████████████████████████████████████████████████████████

57. In addition, or in the alternative, U.S. Bank requests that this Court declare that:

(i) Truman did not ████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████ and

(ii) ████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

██████████████

\*\*\*

WHEREFORE, U.S. BANK prays that:

1.  It be issued a declaration from this Court as set forth above;

2.  It be awarded reasonable expenses and attorneys' fees; and

3.  It be awarded such further and other relief as this Court deems just and appropriate.

Dated:  June 19, 2020                     Respectfully submitted,


                                          /s/ Raechel J. Bimmerle
                                          Raechel J. Bimmerle (Minnesota Bar No. 0400466)
                                          Christopher A. Riley (*pro hac vice pending*)
                                          Jamie S. George (*pro hac vice pending*)

                                          ALSTON & BIRD LLP
                                          One Atlantic Center
                                          1201 W. Peachtree Street
                                          Atlanta, Georgia 30309-3424
                                          404-881-7000 (telephone)
                                          404-881-7777 (facsimile)
                                          rae.bimmerle@alston.com
                                          chris.riley@alston.com
                                          jamie.george@alston.com

14